DANIEL G. BOGDEN
United States Attorney
CRISTINA D. SILVA
LISA C. CARTIER-GIROUX
Assistant United States Attorneys
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6698

**FILED**
OCT - 3 2014
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:13-cr-00042-APG-PAL |
| vs. | ) **ORDER** |
| JOSEPH FELIX, | ) |
| Defendant. | ) |

Based on good cause appearing, IT IS HEREBY ORDERED that the Las Vegas Metropolitan Police Department (LVMPD) shall forthwith produce records and documents related to the Internal Affairs investigation that resulted from event number 121207-0993.

DATED this 3rd day of October, 2014.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT COURT JUDGE

1