# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-0042-APG-PAL |
| Plaintiff, | |
| v. | **ORDER DENYING MOTIONS FOR ACQUITTAL** |
| JOSEPH FELIX, | (Dkt. No. 115) |
| Defendant. | |

On October 10, 2014, after the Government closed its evidence on the fifth day of trial, defendant Joseph Felix orally moved for acquittal pursuant to Federal Rule of Criminal Procedure 29(a). (Dkt. #122 at 170.)  I took that motion under advisement. (*Id.* at 178.)  Subsequently, the jury convicted Mr. Felix. (*Id.* at 245 – 246.)  On October 24, 2014, Mr. Felix filed a motion for judgment of acquittal under Rule 29(c). (Dkt. #115.)  After giving careful consideration to the issues raised in both the oral and written motions, I find that sufficient evidence was presented at trial to sustain the conviction.  A rational trier of fact could find beyond a reasonable doubt that Mr. Felix committed the crime he is charged with, in light of the evidence presented and the reasonable inferences that may be drawn from that evidence. *Jackson v. Virginia*, 443 U.S. 307, 319 (1979).  Therefore,

IT IS HEREBY ORDERED that the defendant's oral and written motions for judgment of acquittal (Dkt. #115) are DENIED.

Dated: January 28, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE