

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 1 8 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:13-CR-042-APG-(PAL) |
| | ) |
| JOSEPH FELIX, | ) |
| | ) |
| Defendant. | ) |

### FINAL ORDER OF FORFEITURE AS TO JOSEPH FELIX

On February 5, 2015, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant JOSEPH FELIX to the United States of America.  Criminal Indictment, ECF No. 1; Preliminary Order of Forfeiture, ECF No. 125.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), that the Preliminary Order of Forfeiture (ECF No. 125), listing the following assets, is final as to defendant JOSEPH FELIX:

. . .

. . .

. . .

. . .

. . .

1.  a Springfield XD-9, 9mm handgun, bearing serial number US806651; and

2.  any and all ammunition.

DATED this 18 day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE